# UNITED STATES DISTRICT COURT

for the

_Western_ District of _North Carolina_

United States of America

v.

Brian Len Ledford

Date of Original Judgment: _06/02/2021_
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Case No: _5:21-cr-6-KDB-DSC-1_

USM No: _29861-058_

_____
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _06/02/2021_ shall remain in effect.
**IT IS SO ORDERED**.

Signed: February 20, 2024

_Kenneth D. Bell_
Kenneth D. Bell
United States District Judge

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Kenneth D. Bell
*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT:  Brian Len Ledford

CASE NUMBER:  5:21-cr-6-KDB-DSC-1

DISTRICT:  Western District of North Carolina

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Total Offense Level: 21 | Amended Total Offense Level: 21 | |
| Criminal History Category:  III | Criminal History Category:  III | |
| Previous Guideline Range:  46  to  57  months | Amended Guideline Range:  46  to  57  months | |

## II.  SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

## III.  FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

Defendant had "status points" under U.S.S.G. §4A1.1 in Amendment 821.  Defendant had 4 criminal history points before the addition of the 2 status points. (Doc. No. 13, ¶ 65). With the removal of 2 status points (because he had 6 criminal history points or less), criminal history points of 4 still equals a criminal history category of III and thus no change for the Defendant.